CORSA ET AL. *v.* TAWES ET AL., CONSTITUTING THE
COMMISSION OF TIDEWATER FISHERIES
OF MARYLAND, ET AL.

No. 416.   Decided November 12, 1957.

*Ambler H. Moss* and *William H. Price* for appellants.

*C. Ferdinand Sybert,* Attorney General of Maryland, *Charles B. Reeves, Jr.,* Assistant Attorney General, *Alexander Harvey, II* and *Edward S. Digges,* Special Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.